### Vincent Mark CASTILLO, Plaintiff–Appellant

### v.

**Troy SELF; Frank M. Simms, Jr.; Greg Champagne; Shannon Brooks; Al Robinson; D.K. Duclesni; Leroy Hunter; David D. Napier; Deputy Beard; John Nowak; Steve Dufresne; Byron Alonzo; S. Jones Walker; E. Brass; R. Fisher; Harry J. Morel, Jr.; United States Postal Service; Louisiana Department of Parole; Louisiana Department of Corrections, Defendants–Appellees.**

### No. 08–30188
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 28, 2009.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Vincent Mark Castillo, St. Rose, LA, pro se.

Don Anthony Almerico, Law Office of Don Almerico, St. Rose, LA, Louis Gerard Authement, District Attorney's Office for the 29th JDC–Parish of St. Charles, Hahnville, LA, Eneid A. Francis, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, Micheal Leslie Penn, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before KING, STEWART and HAYNES, Circuit Judges.

PER CURIAM: *

Vincent Mark Castillo filed a civil rights complaint against a host of defendants alleging that he had been wrongly searched and seized, that he had been detained im-

properly, and that he had been subjected to various types of unconstitutional treatment while housed in the St. Charles Parish Correctional Center ranging from interference with his mail to not allowing him to brush his teeth. Based on the financial affidavit submitted by Castillo, he was granted leave to proceed in forma pauperis (IFP) in the district court. The district court subsequently rescinded the IFP order based on the factual finding that Castillo was not a pauper.

Castillo now moves this court for leave to proceed in forma pauperis (IFP) on appeal. Under FED. R.APP. P. 24(a)(5), this court may entertain a motion to proceed IFP when the district court has denied a litigant leave to proceed IFP. To proceed IFP on appeal, a movant must demonstrate that he is a pauper and that he will raise nonfrivolous issues on appeal. *Carson v. Polley,* 689 F.2d 562, 586 (5th Cir. 1982). Castillo has not shown that he is a pauper or that he can present a nonfrivolous issue that the district court erred by revoking his pauper status. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983). Accordingly, his motion for leave to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.